IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERMAINE CORDELL CLARK, #239055, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:09-CV-473-ID |
| ) | [WO] |
| ) | |
| LT. SMITH, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the discovery requests filed by the plaintiff on August 26, 2009 (Court Doc. No. 16), and for good cause, it is

ORDERED that on or before September 25, 2009 the defendants shall object or otherwise respond to the interrogatories, request for admissions and request for production of documents submitted by the plaintiff. It is further

ORDERED that the plaintiff shall file no further document related to discovery without permission of the court. The Clerk is DIRECTED to not accept for filing any pleadings, motions or other applications submitted by the plaintiff which are not in compliance with the directives of this order and shall return such documents to the plaintiff upon receipt by the court.

Done this 26th day of August, 2009.

   /s/ Wallace Capel, Jr.
    WALLACE CAPEL, JR.
    UNITED STATES MAGISTRATE JUDGE